[Nos. 13573–2–I; 13581–3–I.   Division One.   January 21, 1985.]

THE STATE OF WASHINGTON, *Respondent, v.* CHARLES
JOE NEWMAN, *Appellant.*

Appeals from judgments of the Superior Court for King

County, Nos. 82–1–01570–5, 83–1–00758–1, Richard M. Ishikawa, J., entered July 7, 1983. *Reversed* and *remanded* by unpublished opinion per Swanson, J., concurred in by Corbett, C.J., and Williams, J. Now published at 40 Wn. App. 353.